1
2
3
4
5
6
7
8
9
10

**The Hon. Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | Case No.: 2:25-cv-01178-KKE |
| Plaintiff, | STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |
| v. | |
| SENIOR BEST CARE, INC., a Washington Corporation; TARLOCK SINGH, an individual; LEAH HENSON, individually and on behalf of TANYA HENSON, | |
| Defendants. | |

## **STIPULATED MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1), plaintiff Kinsale Insurance Company ("Kinsale"), and

defendants Senior Best Care, Inc., Tarlock Singh, and Leah Henson individually and on behalf of

Tanya Henson, respectfully request that this Court continue the trial 120 days and amend the

case schedule accordingly.  Good cause exists to continue the trial because Tanya Henson passed

away in April 2025, and a personal representative has not yet been appointed to manage her

Estate.  The parties cannot conduct discovery, engage in motion practice, or otherwise prepare

this case for trial until a personal representative is appointed.

The Parties have conferred and respectfully request that this Court continue the trial to February 1, 2027, and amend the forthcoming deadlines in the September 19, 2025 Order Setting Trial Date & Related Dates (ECF No. 18) based on the new trial date, using the standard offset dates listed in Judge Evanson's Order Regarding Chambers Procedures in Civil Cases.  The Parties confirmed the requested February 1, 2027 trial date with this Court on December 11, 2025, prior to filing this Motion.

In support of this Motion, the Parties state as follows:

1.     Kinsale named "Leah Henson individually and on behalf of Tanya Henson" as the defendant in this lawsuit, which it filed on June 23, 2025.  Leah Henson was the adult daughter and legal guardian of Tanya Henson, who was living at the time.

2.     During the Parties' Fed. R. Civ. P. 26(f) conference on August 13, 2025, counsel for defendant Henson informed Kinsale's counsel and counsel for defendants Senior Best Care and Tarlock Singh that Tanya Henson had passed away.  Defendant Henson's counsel advised that Leah Henson, in her capacity as Tanya Henson's legal guardian, was no longer the proper defendant since Tanya Henson had passed away.  Defendant Henson's counsel advised that a personal representative had not yet been appointed to the Estate of Tanya Henson.  Defendant Henson's counsel advised that when a personal representative was appointed, she would substitute the personal representative and Estate for Leah Henson, as named in the suit.

3.     A personal representative has not yet been appointed for the Estate of Tanya Henson.  Defendant Henson's counsel does not know the exact date a personal representative will be appointed.  The Estate of Tanya Henson cannot be substituted for Leah Henson as the defendant until a personal representative is appointed.

4.     The Parties have not been able to conduct discovery, engage in motion practice, or otherwise prepare this case for trial because there is no personal representative or other person with authority to act on behalf of the Estate of Tanya Henson.   Therefore, there is good cause for this Court to grant this Motion, continue the trial 120 days, and amend the case schedule accordingly.

STIPULATED MOTION AND ORDER TO CONTINUE                    2
TRIAL DATE AND PRETIAL DEADLINES
Case No. 2:25-cv-01178-KKE

1    WHEREFORE, the Parties respectfully request that this Court enter an Order continuing

2   the trial to February 1, 2027, and amending the case schedule accordingly.

3

4    **IT IS SO STIPULATED AND AGREED.**

5   Dated:  December 12, 2025                CLYDE & CO US LLP

6                                           By: */s/  Alexander E. Potente*
                                               Alexander E. Potente, WSBA # 48858
7

8                                              */s/  Danielle N. McKenzie*
                                               Danielle N. McKenzie, WSBA # 49715
9                                              Clyde & Co US LLP
                                               600 Stewart Street, Suite 400, #6262
10                                             Seattle, WA 98101
                                               Telephone: (206) 652-3271
11                                             Facsimile:  (206) 652-3205
                                               alex.potente@clydeco.us
12                                             danielle.mckenzie@clydeco.us

13                                             Attorneys for Plaintiff, KINSALE
                                               INSURANCE COMPANY
14

15  Dated:  December 12, 2025                LYBECK PEDREIRA & JUSTUS, PLLC

16                                           By: */s/  Benjamin Justus*
                                               Benjamin Justus, WSBA # 38855
17                                             Lybeck Pedreira & Justus, PLLC
                                               Fifth Floor – Chase Bank Building
18                                             7900 SE 28th Street
                                               Mercer Island, WA 98040
19                                             Telephone: (206) 687-7805
                                               Facsimile:  (206) 230-7791
20                                             ben@lpjustus.com

21                                             Attorneys for Defendants, TARLOCK SINGH
                                               and SENIOR BEST CARE INC.
22

23

24

25

26

1    Dated:  December 12, 2025                  CONNELLY LAW OFFICES, PLLC

2                                               By: _/s/ Marta L. O'Brien_____

3                                                    Marta L. O'Brien, WSBA # 46416
                                                     Connelly Law Offices, PLLC

4                                                    2301 North 30th Street
                                                     Tacoma, WA 98403

5                                                    Telephone: (253) 593-5100
                                                     mobrien@connelly-law.com

6                                                    Attorneys for Defendants, LEAH HENSON and

7                                                    TANYA HENSON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO CONTINUE          4
TRIAL DATE AND PRETIAL DEADLINES
Case No. 2:25-cv-01178-KKE

1

**<u>ORDER</u>**

2    Pursuant to the stipulation of the Parties, the Court hereby orders as follows:

3    1.  The Parties' Stipulated Motion to Continue Trial Dates and Pretrial Deadlines (Dkt.

4        No. 22) is GRANTED.

5    2.  The trial is continued to February 1, 2027, and the courtroom deputy is directed to

6        issue an amended case schedule consistent with that trial date.

7    IT IS SO ORDERED this 15th day of December, 2025.

8

9

10

11

Kymberly K. Evanson
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO CONTINUE        5
TRIAL DATE AND PRETIAL DEADLINES
Case No. 2:25-cv-01178-KKE