**The Hon. Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | Case No.: 2:25-cv-01178-KKE |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS BY KINSALE INSURANCE COMPANY AGAINST ALL DEFENDANTS WITH PREJUDICE AND ORDER |
| v. | |
| SENIOR BEST CARE, INC., a Washington Corporation; TARLOCK SINGH, an individual; LEAH HENSON, individually and on behalf of TANYA HENSON, | |
| Defendants. | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Kinsale Insurance Company ("Kinsale") and defendants Senior Best Care, Inc., Tarlock Singh, and Leah Henson, individually and on behalf of Tanya Henson, by and through their respective counsel hereby stipulate as follows:

**WHEREAS**, this declaratory judgment action arises out of a lawsuit filed by Leah Henson against Senior Best Care and Tarlock Singh in King County Superior Court, King County Case No. 25-2-13277-3 (the "Underlying Action");

STIPULATION OF VOLUNTARY DISMISSAL    1
AND ORDER

Case No. 2:25-cv-01178-KKE

**WHEREAS**, the parties to the Underlying Action have reached a settlement and stipulated to dismiss all claims between them;

**WHEREAS**, the court in the Underlying Action entered an order dismissing all claims with prejudice on May 19, 2026;

**WHEREAS**, the settlement and dismissal of the Underlying Action renders the claims in this declaratory judgment action moot.

**NOW THEREFORE**, it is hereby stipulated and agreed:

1. All claims brought by Kinsale against Senior Best Care, Inc., Tarlock Singh, and Leah Henson, individually and on behalf of Tanya Henson are voluntarily dismissed with prejudice; and

2. All parties are to bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated:  May 20, 2026                    CLYDE & CO US LLP

                         By: _/s/  Alexander E. Potente_____
                             Alexander E. Potente, WSBA # 48858

                             _/s/  Danielle N. McKenzie_____
                             Danielle N. McKenzie, WSBA # 49715
                             Clyde & Co US LLP
                             401 Union Street, Suite 1400
                             Seattle, Washington 98101
                             Tel: (206) 689-8500
                             danielle.mckenzie@clydeco.us

                             Attorneys for Plaintiff, KINSALE
                             INSURANCE COMPANY

///

///

///

///

STIPULATION OF VOLUNTARY DISMISSAL     2
AND ORDER

Case No. 2:25-cv-01178-KKE

Dated:  May 20, 2026

LYBECK PEDREIRA & JUSTUS, PLLC

By: _/s/  Benjamin Justus_
Benjamin Justus, WSBA # 38855
Lybeck Pedreira & Justus, PLLC
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040
Telephone: (206) 687-7805
Facsimile:  (206) 230-7791
ben@lpjustus.com

Attorneys for Defendants, TARLOCK SINGH
and SENIOR BEST CARE INC.

Dated:  May 20, 2026

CONNELLY LAW OFFICES, PLLC

By: _/s/  Marta L. O'Brien_
Marta L. O'Brien, WSBA # 46416
Conelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
Telephone: (253) 593-5100
mobrien@connelly-law.com

Attorneys for Defendants, LEAH HENSON and
TANYA HENSON

STIPULATION OF VOLUNTARY DISMISSAL    3
AND ORDER

Case No. 2:25-cv-01178-KKE

## **ORDER**

Having considered the Stipulation of Voluntary Dismissal of Claims by Kinsale Insurance Company Against All Defendants With Prejudice, the Court hereby GRANTS the stipulation (Dkt. No. 25) and ORDERS as follows:

1. All claims brought by Kinsale against Senior Best Care, Inc., Tarlock Singh, and Leah Henson, individually and on behalf of Tanya Henson are DISMISSED WITH PREJUDICE; and

2. All parties shall bear their own costs and fees.

IT IS SO ORDERED this 20th day of May, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATION OF VOLUNTARY DISMISSAL    4
AND ORDER

Case No. 2:25-cv-01178-KKE